STATE OF CONNECTICUT *v.* CHARLES MOELLER

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is denied by the court without prejudice to full argument on the appeal.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).

*Thomas L. Nadeau,* for the appellant (defendant).

Argued February 16—decided February 16, 1978

STATE OF CONNECTICUT *v.* REXALL GASKIN

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant on or before April 7, 1978, files his brief.

*James D. Cosgrove,* chief public defender, for the appellant (defendant).

*Richard F. Jacobson,* state's attorney, for the appellee (state).

Argued March 7—decided March 7, 1978

DAVID MEYERS, TRUSTEE *v.* DANIEL PIROSCAFO ET AL.

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*John J. McNamara,* for the appellant (plaintiff).

*F. Paul Kurmay,* for the appellees (defendants).